**Electronically Filed**
**Supreme Court**
**SCWC-19-0000095**
**12-SEP-2024**
**02:19 PM**
**Dkt. 28 OGAC**

SCWC-19-0000095

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ECKARD BRANDES, INC.,
Respondent/Appellant-Appellee,

vs.

DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
Respondent/Appellee-Appellee

and

SCOTT FOYT,
Petitioner/Intervenor-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000095; CIVIL NO. 18-1-0011)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Viola, in place of Ginoza, J., recused)

Petitioner Scott Foyt's Application for Writ of

Certiorari, filed on July 30, 2024, is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 12, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Matthew J. Viola

